IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARILYN N. WITHROW, DAVID J. WITHROW, and CHRISTOPHER J. WITHROW,<br><br>Plaintiffs,<br><br>vs.<br><br>REGIONAL WEST MEDICAL CENTER, SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, UNITED STATES DEPARTMENT OF JUSTICE MARSHAL SERVICE, STATE OF NEBRASKA, STATE BOARD OF HEALTH VITAL RECORDS, NICHOLAS MIZELLE, DEBORAH MIZELLE, MALLORY MIZELLE, and MARCI MIZELLE,<br><br>Defendants. | 8:18CV469<br><br>**ORDER** |

Plaintiffs, proceeding *pro se*, filed a Motion for Leave to Reply to Defendants Nicholas and Deborah Mizelle's Answer (Filing No. 14), as well as a "Verified Answer" (Filing No. 15). It appears that these documents were filed in the incorrect case. Plaintiffs' motion identifies the presiding court as the "District Court of Scotts Bluff County, Nebraska," and the Verified Answer identifies the presiding court as "The Twelfth District Court for the State of Nebraska." Also, Nicholas and Deborah Mizelle have not filed answers in this case.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to Reply to Defendants Nicholas and Deborah Mizelle's Answer (Filing No. 14) is denied without prejudice to reassertion. The Clerk of Court is directed to strike Plaintiffs' Verified Answer (Filing No. 15).

Dated this 24th day of October, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge